UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:10-cv-112

Name of party requesting extension: Bentley Motors Ltd.

Is this the first application for extension of time in this case?   ☐ Yes   ☑ No

If no, please indicate which application this represents:   ☑ Second   ☐ Third   ☐ Other _____

Date of Service of Summons:

Number of days requested:   ☐ 30 days   ☐ 15 days   ☑ Other 14 days

New Deadline Date: 06/14/2010   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Deron R. Dacus
State Bar No.: 00790553
Firm Name: Ramey & Flock, P.C.
Address: 100 E. Ferguson, Suite 500
         Tyler, TX  75702

Phone: 903/597-3301
Fax: 903/597-2413
Email: Derond@rameyflock.com

A certificate of conference does not need to be filed with this unopposed application.