UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

## CASE AND DEADLINE INFORMATION

Civil Action No.: 6:10-cv-00112-LED
Name of party requesting extension: Flairview Travel PTY LTD
Is this the first application for extension of time in this case?   ☑ Yes
☐ No
If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 6/30/2010
Number of days requested:   ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 8/20/2010   *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION

Full Name: Neil J. McNabnay
State Bar No.: 24002583
Firm Name: Fish & Richardson PC
Address: 1717 Main St.
    Suite 5000
    Dallas, Texas  75201
Phone: (214) 747-5070
Fax: (214) 747-2091
Email: mcnabnay@fr.com

A certificate of conference does not need to be filed with this unopposed application.